DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**NATASHA CAMPBELL,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-378

[September 2, 2021]

Appeal of an order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael Usan, Judge; L.T. Case No. 08-13412CFA.

Natasha Campbell, Ocala, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, LEVINE, and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***